United States District Court
Southern District of Texas
**ENTERED**
September 28, 2017
David J. Bradley, Clerk

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHEMOIL LATIN AMERICA INC., | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § § | |
| CINQUE TERRE FINANCIAL GROUP LTD. AND ITS ALTER EGOS RUBEN ALEJANDRO GOLDSTEIN (A/K/A ALEX GOLDSTEIN) AND ALESSANDRO BAZZONI (COLLECTIVELY "CTFG"), | § § § § § § § § | CIVIL ACTION NO. 4:17-cv-00813 |
| *Defendants* and | § § | |
| CENTRAURO LIQUID OPPORTUNITIES MASTER FUND, L.P., | § § § § | |
| *Garnishor* and | § § | |
| CT ENERGIA LTD D/B/A ELEMENTO, LTD. | § § § | |
| *Garnishee*. | § § | |

## ORDER

Before the Court is Intervenor, Centauro Liquid Opportunities Master Fund, L.P.'s *Motion of Withdrawal of Motion and Memorandum of Law in Support of Centauro Liquid Opportunities Master Fund, L.P.'s Motion to Intervene*, Docket No. 38, filed on September 27, 2017. The Motion is GRANTED.

IT IS THEREFORE ORDERED that Intervenor, Centauro Liquid Opportunities Master Fund, L.P.'s *Motion of Withdrawal of Motion and Memorandum of Law in Support of Centauro Liquid Opportunities Master Fund, L.P.'s Motion to Intervene* is granted.

IT IS FURTHER ORDERED that the Clerk remove the image of the *Motion and Memorandum of Law in Support of Centauro Liquid Opportunities Master Fund, L.P.'s Motion to Intervene* from the Electronic Docket Register of the Court (Doc. #38).

It is so ORDERED.

_____  
Date: SEP 2 7 2017

_____  
The Honorable Alfred H. Bennett  
United States District Judge