United States District Court
Southern District of Texas
**ENTERED**
April 04, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHEMOIL LATIN AMERICA INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-813 |
| | § | |
| CINQUE TERRE FINANCIAL GROUP LTD., | § | |
| et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Centauro Liquid Opportunities Master Fun, L.P.'s ("Centauro") Motion to Intervene (Doc. #48). This Motion was filed after this case was dismissed (Doc. #44). Accordingly, Centauro's Motion to Intervene (Doc. #48) was not timely, and is therefore DENIED.

It is so ORDERED.

_____
APR 0 4 2018
Date

_____
The Honorable Alfred H. Bennett
United States District Judge